UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANET MALAM,

       Plaintiff,

- against -

REBECCA ADDUCCI, in her official capacity as Detroit District Director of U.S. Immigration & Customs Enforcement; MATTHEW T. ALBENCE, in his official capacity as Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration & Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; WILLIAM P. BARR, in his official capacity as Attorney General, U.S. Department of Justice; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; HEIDI E. WASHINGTON, in her capacity of Director of Michigan Department of Corrections Calhoun Correctional Center,

       Defendants.

No. 2:20-cv-10829-JEL-APP

## DECLARATION OF PAY PAR GAI IN FURTHER SUPPORT OF NON-PARTIES RUBY BRISELDA ESCOBAR AND AMER TOMA'S MOTION TO INTERVENE

I, Pay Par Gai, hereby declare:

I make this declaration based upon my own personal knowledge and if called to testify I could and would do so competently,

1) I was held in immigration detention by the United States Immigration and Customs Enforcement (ICE) at the Calhoun County Correctional

Facility (Calhoun) in Michigan from February 20, 2020 to April 2, 2020.

2) The facility does not provide Covid-19 testing. Last week I had a fever and cough, and I requested a test for Covid-19 but I was not tested for Covid-19. I also heard and saw people couching and sneezing, but to my knowledge, none of those individuals were tested.

3) I was held in Pod B until the day before my last day in detention. I was held in Pod M on my last day in detention.

4) Both Pod B and Pod M are two-floor units. To get to the second floor for both pods, you need to walk up a stairway that has handrails.

5) It is hard to practice good hygiene at Calhoun. We were provided with one piece of soap per day and a small bottle of shampoo (smaller than travel size, the size of a free sample). The soap was about two inches long and one inch wide. You can only use it for one shower-- there is not enough soap to use it for more than one shower. I never have leftover pieces of soap remaining after I take a shower.

6) The jail gives you one uniform to wear until you are released no matter how long you stay there. The uniforms were washed twice a week. Since I had no other uniform to wear, I had to stay inside my room while my uniform was being washed.

7) There is no hand sanitizer provided for use by detainees. The other detainees and I asked the staff about getting hand sanitizer but the staff said that we were not allowed to have it.

8) The communal sinks in Pod B and Pod M do not have soap provided for detainee use. Detainees need to provide their own soap for handwashing.

9) People are allowed to buy bars of soap for handwashing from commissary. Detainees need to pay about $1.50-$2.00 for a small bar that can last about 1 or 2 days, or they can pay about $3.00-$5.00 for a larger bar that can last a week. If you couldn't afford to buy extra soap from commissary, there were no other options for washing your hands. During my time at Calhoun I did not see or hear Calhoun staff

    make any offers to provide additional hand soap for people who could not afford to buy it from commissary.

10)     Both Pod B and Pod M had one communal toilet with a sink in the lower level for everyone to use. The communal toilets did not have soap for handwashing provided. People often used the communal toilets, which were more convenient than going upstairs to use the toilet in your cell. Both communal toilets had an open wall so everyone could see you using the bathroom. If I wanted to have privacy when using the communal toilets, I had to take one of the cafeteria chairs that we use for mealtime and place it in front of me to block myself from view. Then when I was finished using the bathroom I would put the chair back. I saw many other detainees using cafeteria chairs in this way to have more privacy when using the communal toilets in Pod B and Pod M.

11)     The button to operate the water faucet for the sink in Pod M's communal bathroom was stuck, so there was no running water for handwashing in the communal bathroom. People who used the communal bathroom in Pod M had to use the sinks in their cells to wash their hands.

12)     During my time in Pod B, I was not aware of any additional steps being taken to keep the Calhoun facility clean due to Covid-19. I did not see extra cleaning being done or additional cleaning supplies being used. In fact, I never saw the Pod B showers being cleaned in my entire stay in Pod B.

13)     Aside from one commissary worker wearing a facemask, I did not see jail staff taking any extra precautions to prevent the spread of Covid-19 while I was in Pod B. Specifically, I did not see jail staff wearing masks, face shields, or gloves while I was in Pod B.

14)     There were about 40 people staying in Pod B while I was there. I believe that the detainees were mainly immigration detainees. Detainees would be brought out of Pod B and new people would be brought into Pod B almost every day.

15) There were about 56 people staying in Pod M with me when I was there. It was not possible to always be 6 feet away from someone else.

16) Pod B and Pod M have 2 people assigned to share cells. The cells have bunkbeds, toilets and tiny sinks. I shared a cell with an immigration detainee in Pod B and with a different immigration detainee in Pod M.

17) On the last night before I was released, Calhoun staff transferred me and all the other immigration detainees from Pod B to Pod M. They did not tell us why we were being moved. The cell I was assigned had not been cleaned. It was dirty and everything was torn up.

18) Pod M is terrible. The windows are covered up so you can't see what is going on outside. Many things are broken in Pod M, including the sink in the communal bathroom.

19) There was no deputy assigned to Pod M. It was just us immigration detainees staying there. We had our meals brought to us from the outside through a slot, but we were otherwise on our own. People were confused and scared.

20) One of the people that I was detained with in Pod B had been removed for deportation to Mexico. However, he was brought back to stay with us in Pod M. When I asked him what happened, he told me that when ICE brought him to the Detroit airport he was not allowed to get on an airplane because he was coughing and had a fever. So ICE brought him back to Calhoun with us.

21) Social distancing was not practiced in Pod B or Pod M and I do not know how that would be possible. For example, we eat our meals at communal cafeteria tables of six people. Both Pod B and Pod M were too crowded for people to be able to stay 6 feet apart from one another. Even if we stayed in our cells we would be with our roommates.

22) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Dated April 3, 2020

/s/ Pay Par Gai*

Pay Par Gai

*consent for signing given telephonically

Due to the Covid-19 crisis, it was not possible to obtain a written signature on the above declaration. I am an attorney admitted to the Eastern District of Michigan. On April 3, 2020 I personally spoke with Pay Par Gai and read this declaration to him/her over the phone.  Pay Par Gai told me that the information in the above declaration is true, and gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 USC 1746, that the foregoing is true and correct.

/s/ Monica Andrade

Monica Andrade