UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

          Petitioner,    Case No. 20-10829

and

                      Judith E. Levy
                      United States District Judge

Ruby Briselda Escobar and Amer Toma,

                      Mag. Judge Anthony P. Patti

          Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

          Respondents.

_____/

## **ORDER EXTENDING TEMPORARY RESTRAINING ORDER [29]**

On April 9, 2019, the Court granted Plaintiff-Intervenor Amer Toma a temporary restraining order requiring his immediate release from custody at the Calhoun County Correctional Facility. (ECF No. 29.) The temporary restraining order was set to expire at 6:30PM EST on April 21, 2020. (*Id.* at PageID.642.) On April 14, 2020, Respondent filed a brief as to why the temporary restraining order should not be converted

into a preliminary injunction. (ECF No. 31.) On April 18, 2020, Toma moved to extend the temporary restraining order and for expedited discovery. (ECF No. 34.) On April 19, 2020, the Court granted in part and denied in part Toma's motion, ordering Respondent to provide Toma with his intake records, including medical records, by no later than 5:00pm EST on April 20, 2020. (ECF No. 36, PageID.804.) In light of the Court's order, the Court extended Toma's deadline to respond to Respondent's brief to 12:00pm EST on April 21, 2020. (*Id.*) The Court received Toma's response approximately six hours prior to the expiration of the temporary restraining order. Because the Court needs additional time to properly adjudicate the issues before it in light of the delayed briefing schedule, the Court finds good cause to extend the temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b)(2). Accordingly, the temporary restraining order is extended until 12:00pm on April 22, 2020.

    IT IS SO ORDERED.

Dated: April 21, 2020      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 21, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
