UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

          Petitioner-Plaintiff,

and

Qaid Alhalmi, Baldemar Barajas Santoyo, Sergio Brito, Tomas Cardona Ramirez, Guo Yan Lin Castro, Ruby Briselda Escobar, Jose Mauricio Garcia Toledo, Jose Gomez Santiz, Julio Fernando Medina Euceda, Isaac Orta Vieyra, Damary Rordriguez Salabarria, Emanuel Rosales Borboa, Rudy Sosa Carillo, Amer Toma, and Min Dan Zhang,

          Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

          Respondents.

_____/

Case No. 20-10829

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## **SECOND ORDER REGARDING PUBLIC ACCESS**

Because this case was coded as an immigration case, there are limitations on public access to court filings. *See* Fed. R. Civ. P. 5.2(c). The Court entered an Order regarding public access on May 4, 2020 (ECF No. 56), establishing a due date for objections. On May 6, 2020, Defendants requested that the Court not require redactions of Plaintiffs' medical conditions, immigration history, and criminal backgrounds. (ECF No. 60.) On May 6, 2020, Plaintiffs requested that the Court adopt a more expansive definition of protected information, to include confidential health information and medical records, personal information covered by the Privacy Act, and certain information related to immigration claims. (ECF No. 61.) Plaintiffs also proposed streamlined redaction and sealing procedures. (*Id.* at PageID.1794–1795.)

Balancing the public importance of this case and the need to protect sensitive personal information, the Court holds that the parties must redact and/or seal the following information:

- Confidential health information and medical records that appear as exhibits. This does not include discussion of medical conditions that appears in briefs.

- Personal information covered by the Privacy Act, 5 U.S.C. § 552a and Federal Rule of Civil Procedure 5.2.

- Individuals' birth dates, social security numbers, tax identification numbers, alien registration numbers ("A number"), passport numbers, driver's license numbers, and any similar numbers assigned to an individual by a federal/national, state, or local government of the United States or any other country.

- Information about immigration claims related to asylum, relief under the withholding statute, 8 U.S.C. § 1231(b), Convention Against Torture, or trafficking.

Additionally, the Court adopts the following procedures for redacting and sealing such information:

**For Future Filings**

(1) The parties shall file any documents that contain sensitive information as defined above under seal with the Court. No further motion for sealing shall be required. This order does not prevent a party from voluntarily including sensitive information about themself in a public filing.

(2) The filing party will file a copy of the document redacting the sensitive information with the public CM/ECF system, except that documents consisting solely of medical or immigration records need not be refiled in a redacted form on the public CM/ECF system.

**For Documents Already in the Record**

(3) By May 13, 2020, the parties will identify which docket entries in the record contain sensitive information and which do not, and shall provide a list of those docket entries to the Court and opposing counsel. The Court will order the Clerk to place all docket entries that contain sensitive information under seal, and shall make all other docket entries publicly available.

(4) The parties will refile with the public CM/ECF system redacted versions of all pleadings and exhibits that contain sensitive information within ten days of entry of this Order, except that documents consisting solely of medical or immigration records need not be refiled in a redacted form on the public CM/ECF system. Each party shall be responsible for redacting and refiling the documents it previously filed.

IT IS SO ORDERED.

Dated: May 6, 2020　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 6, 2020.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager