UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

          Petitioner-Plaintiff,

and

Qaid Alhalmi, *et al.*,

          Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

          Respondents.

Case No. 20-10829

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND [91] AND ESTABLISHING CASE MANAGEMENT PLAN

On June 2, 2020, Plaintiffs filed a motion for leave to file a second amended petition and complaint in order to include new class allegations, modify the relief requested, and add seven additional named class representatives. (ECF No. 91.) Plaintiffs attached as an exhibit a proposed motion for a temporary restraining order on behalf of the seven

new named Plaintiffs. (ECF No. 91-3.) On June 3, 2020, Plaintiffs filed a motion to expedite consideration of their motion for leave to amend, requesting simultaneous briefing on that motion and their proposed motion for a temporary restraining order. (ECF No. 93.) On June 4, 2020, Respondent filed a response to Plaintiffs' motion to amend, objecting to the motion only with respect to the addition of the seven additional named representatives. (ECF No. 94.) On June 5, 2020, the Court held a status conference through video/teleconference technology to discuss Plaintiffs' motions and to establish a case management plan.

For the reasons stated on the record, Plaintiffs' motion for leave to file a second amended petition and complaint (ECF No. 91) is GRANTED. Plaintiffs may file their proposed motion for a temporary restraining order. Defendants may respond by no later than Wednesday, June 10, 2020. Plaintiffs may file a reply by no later than Monday, June 15, 2020.

Plaintiffs' motion to expedite (ECF No. 93) is DENIED as moot.

The Court establishes the following case management plan: Plaintiffs may file a motion for class certification no later than Sunday, June 14, 2020. Defendants may respond by no later than Friday, June 26, 2020. Plaintiffs may reply by no later than Sunday, July 5, 2020.

Plaintiffs are ORDERED to submit a proposed order by no later than June 8, 2020 requiring Defendants to produce the medical records of the seven new named class representations and to facilitate providing those Plaintiffs with medical records releases.

The parties are ORDERED to meet and confer to develop a proposal for providing all noncitizen detainees at the Calhoun County Correctional Facility with medical records releases. The parties are ORDERED to submit a proposed plan by no later than June 12, 2020, but the parties may begin implementing the plan prior to that date.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: June 5, 2020<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
