UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANET MALAM,<br><br>                      Petitioner-Plaintiff,<br><br>and<br><br>QAID ALHALMI, *et al.*,<br><br>                      Plaintiff-Intervenors,<br><br>- against -<br><br>REBECCA ADDUCCI, *et al.*,<br><br>                      Respondent-Defendants. | No. 5:20-cv-10829-JEL-APP |

**MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF PETITIONERS-PLAINTIFFS' MOTION FOR EMERGENCY RELIEF TO RESPOND TO COVID-19 OUTBREAK**

Petitioners-Plaintiffs hereby move the Court for an order permitting them to submit a Reply Brief in further support of their Motion for Emergency Relief to Respond to COVID-19 Outbreak, *see* Dkt. 373, and in response to Defendants' Response in Opposition to Plaintiffs' Motion for Emergency Relief, *see* Dkt. 381. Plaintiffs respectfully request permission to briefly address factual inaccuracies and arguments raised by Defendants. *See* Ex. A (Petitioners-Plaintiffs' Reply Brief and Exhibits).

In accordance with Local Rule 7.1(a), Plaintiffs' counsel contacted Jennifer L. Newby, counsel for Defendants, and Mr. Stacer, counsel for Ms. Malam, to seek

their consent to this motion. Ms. Newby and Mr. Stacer did not indicate their

positions prior to filing.

Dated: November 1, 2020
Respectfully submitted,

 /s/ Miriam J. Aukerman
Miriam J. Aukerman (P63165)
American Civil Liberties Union
 Fund of Michigan
1514 Wealthy Street SE, Suite 260
Grand Rapids, MI 49506
Telephone: (616) 301-0930
maukerman@aclumich.org

Daniel S. Korobkin (P72842)
Monica C. Andrade (P81921)
American Civil Liberties Union
 Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6824
dkorobkin@aclumich.org

David C. Fathi
American Civil Liberties Union
Foundation, National Prison
Project
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6616
dfathi@aclu.org
echo@aclu.org

Anand V. Balakrishnan
Michael K.T. Tan
Omar C. Jadwat*
ACLU Foundation Immigrants'
Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660
abalakrishnan@aclu.org
mtan@aclu.org
ojadwat@aclu.org

My Khanh Ngo
ACLU Foundation Immigrants'
Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
mngo@aclu.org

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Jeannie S. Rhee
_____
Jeannie S. Rhee
Mark F. Mendelsohn
Rachel M. Fiorill
Peter E. Jaffe
Darren S. Gardner
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
jrhee@paulweiss.com
mmendelsohn@paulweiss.com
rfiorill@paulweiss.com
pjaffe@paulweiss.com
dgardner@paulweiss.com

Jonathan M. Silberstein-Loeb
Oleg M. Shik
Katharine W. Gadsden
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jsilberstein-loeb@paulweiss.com
oshik@paulweiss.com
kgadsden@paulweiss.com

Attorneys for Plaintiffs

*Application for admission forthcoming

## CERTIFICATE OF SERVICE

I, Jeannie S. Rhee, certify that on November 1, 2020, I caused a true and correct copy of the foregoing document to be filed and served electronically via the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. I also caused true and correct copies of the foregoing document as well as a copy of the related exhibit filed under seal to be served by electronic mail on counsel for Defendants.

                                              Respectfully submitted,

                                              /s/ Jeannie S. Rhee
                                              _____