# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Janet Malam,

    Petitioner-Plaintiff,

and

Qaid Alhalmi, *et al.*,

    Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

    Respondent-Defendants.

Case No. 20-10829

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF TO RESPOND TO COVID-19 OUTBREAK [383]

On October 28, 2020, Plaintiffs filed a Motion for Emergency Relief to Respond to the COVID-19 Outbreak (ECF No. 373), to which Defendants responded on October 31, 2020. (ECF No. 381.) On November 1, 2020, Plaintiffs filed a Motion for Leave to File a Reply Brief in Further

Support of Plaintiffs' Emergency Motion. (ECF No. 383.) Plaintiffs' Motion for Leave to File a Reply Brief is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 2, 2020  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 2, 2020.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager