UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

    Petitioner-Plaintiff,

v.

Rebecca Adducci, et al.,

    Respondents-Defendants.

_____/

Civil No. 20-10829

Honorable Judith E. Levy
Mag. Judge Anthony P. Patti

## **DEFENDANTS' MOTION TO SUBMIT ADDITIONAL EXHIBIT**

Defendants, through their attorneys, Matthew Schneider, United States Attorney for the Eastern District of Michigan, and Jennifer L. Newby, Assistant United States Attorney, move this Court for leave to submit six photos as an additional exhibit to Defendants' response opposing entry of emergency injunctive relief. (Resp., ECF No. 381). The time-stamped photos identify the housing unit and depict spacing during mealtimes and mask usage in the housing units. The photos are submitted separately as an exhibit to this motion, under seal.

The undersigned counsel certifies that in accordance with E.D. Mich. LR 7.1(a), counsel requested concurrence in the relief requested, but given the short amount of time, did not receive a response before filing the motion.

1

MATTHEW SCHNEIDER
United States Attorney

By: /s/ Jennifer L. Newby
Jennifer L. Newby (P68891)
Assistant United States Attorney
Attorneys for Defendants
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0295
Jennifer.Newby@usdoj.gov

Dated: November 12, 2020

## CERTIFICATION OF SERVICE

I hereby certify that on November 12, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will provide notice to all counsel of record.

/s/ Jennifer L. Newby
JENNIFER L. NEWBY (P68891)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0295
Jennifer.Newby@usdoj.gov