**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Janet Malam,

   Petitioner-Plaintiff,

           Case No. 20-10829

and

           Judith E. Levy

Qaid Alhalmi, *et al.*,     United States District Judge

   Plaintiff-Intervenors, Mag. Judge Anthony P. Patti

v.

Rebecca Adducci, *et al.*,

   Respondent-Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO
SUBMIT ADDITIONAL EVIDENCE TO DEFENDANTS'
RESPONSE OPPOSING ENTRY OF EMERGENCY RELIEF [408]**

On November 12, 2020, Defendants filed a Motion for Leave to Submit an Additional Exhibit to Defendants' response to Plaintiffs' motion for emergency relief to respond to the COVID-19 outbreak at Calhoun County Correctional Facility ("CCCF"). (ECF No. 408.) Defendants' additional exhibit includes a collection of six photographs.

Defendants' Motion for Leave to Submit an Additional Exhibit is **GRANTED**.

    **IT IS SO ORDERED.**

| | |
|---|---|
| Dated: December 4, 2020<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 4, 2020.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager