UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam, et al.,

    Petitioners-Plaintiffs,        Civil No. 20-10829

v.                                     Honorable Judith E. Levy
                                     Mag. Judge Anthony P. Patti

Rebecca Adducci, et al.,

    Respondents-Defendants.

_____/

## Notice of Appeal

Notice is given that defendants appeal to the United States Court of Appeals for the Sixth Circuit from: (1) the order entered on October 13, 2020, granting bail [R. 330]; (2) the order entered on October 22, 2020, granting bail [R. 346]; and (3) the order entered on November 30, 2020, granting bail [R. 430].

                                                   Respectfully submitted,

                                                   Matthew Schneider
                                                  United States Attorney

                                                  /s/ *Jennifer L. Newby*
                                                 Assistant U. S. Attorney
                                                 211 W. Fort Street, Suite 2001
                                                 Detroit, MI 48226
                                                 Phone: (313) 226-0295
                                                 Jennifer.Newby@usdoj.gov

Dated: December 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, the foregoing paper was filed with the Clerk of the Court using the ECF System, which will give notice to all counsel of record.

/s/ Jennifer L. Newby