UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

        Petitioner-Plaintiff,

and

Qaid Alhalmi, *et al.*,

        Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

        Respondent-Defendants.

_____/

Case No. 20-10829

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

# TWELFTH ORDER ON BAIL
[353]

On December 16, 2020, a hearing was held by video conference and oral argument was heard regarding Plaintiffs' bail application for habeas litigation group member Abdelmohsin Osman. (ECF No. 353.) Osman's bail application was previously considered in the ninth bail order. (ECF No. 430, PageID.11359–11361.) For the reasons set forth on the record, Plaintiffs' motion is **GRANTED** with additional conditions.

Habeas litigation group member Osman is subject to the conditions outlined in this Court's August 12, 2020 order. (ECF No. 179.) Additionally, habeas litigation group member Osman is subject to the additional conditions that he (1) contact the Arab Community Center for Economic and Social Services ("ACCESS") immediately upon release; (2) undergo ten days of quarantine; (3) immediately participate in either Alcoholics Anonymous ("AA") or Narcotics Anonymous ("NA") groups; (4) observe the personal protection order ("PPO") against him and have no contact with ex-wife during his release; and (5) refrain from driving during his release.

If habeas litigation group member Osman is able (1) to pay off any outstanding driving fines or costs and (2) to obtain his driver's license, and (3) remains in compliance with all conditions of release, then Plaintiffs will be permitted to seek the Court's approval for removal of the condition that he refrain from driving during his release.

Release under the bail process is to follow the bail process and standard Conditions of Release previously set forth. (See ECF Nos. 166, 177, 179, 243.)

IT IS SO ORDERED.

| | |
|---|---|
| Dated: December 17, 2020<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 17, 2020.

                                                                s/William Barkholz
                                                                WILLIAM BARKHOLZ
                                                                Case Manager