IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET MALAM, et al.,

     Petitioner-Plaintiff,

Case No. 20-cv-10829-JEL-APP

and

Hon. Judith E. Levy

QAID ALHALMI, et al.,

     Plaintiff-Intervenors,

vs.

REBECCA ADDUCCI, et al.,

     Respondent-Defendants.

_____/

## **NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Rohit Rajan as an attorney for the Plaintiff-Intervenors in the above-captioned case.

Respectfully submitted,

/s/ Rohit Rajan
Rohit Rajan
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy St. SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
Dated: January 27, 2021     rrajan@aclumich.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I electronically filed the foregoing

document with the Clerk of the Court using the ECF system, which will send

notification of such filing to all counsel of record.

/s/ Rohit Rajan
Rohit Rajan