# Exhibit 5



An official website of the United States government
Here's how you know



**The .gov means it's official.**
Federal government websites often end in .gov or .mil. Before sharing sensitive information, make sure you're on a federal government site.



**The site is secure.**
The **https://** ensures that you are connecting to the official website and that any information you provide is encrypted and transmitted securely.

View the latest ICE guidance on COVID-19



Call 1-866-DHS-2-ICE
Report Crime

ICE   NEWSROOM

FEBRUARY 8, 2021 • DETROIT, MI • DETAINEE DEATH NOTIFICATIONS

# Bahamian man in ICE custody passes away in Michigan

DETROIT — A 58-year-old Bahamian national in the custody of U.S. Immigration and Customs Enforcement (ICE) passed away, Feb. 5, at the Calhoun County Jail in Battle Creek, Michigan. The preliminary cause of death was reported by emergency medical officials to be caused by a medical emergency.

Jesse Jermone Dean Jr., was pronounced dead at 11:38 a.m. (EST) by medical professionals. Dean was admitted to the jail's medical monitoring unit Feb. 4, by medical staff for monitoring of prior health complaints he'd made earlier in the day.

Dean was arrested by ICE Dec. 31, 2020, after his release from U.S. Bureau of Prisons at North Lake Correctional Facility in Baldwin, Michigan, following completion of a 30-year federal sentence on charges of conspiracy to possess cocaine, possession, conspiracy to import cocaine, importation of cocaine and use of a communications device in the commission of a felony.

Consistent with the agency's protocols, the appropriate agencies have been notified about the death, including the Department of Homeland Security's (DHS) Office of Inspector General (OIG) and the ICE Office of Professional Responsibility (OPR). Additionally, ICE

has notified the Commonwealth of Bahamas Consulate of Dean's death; consular officials have notified his next of kin.

ICE is firmly committed to the health and welfare of all those in its custody and is undertaking a comprehensive, agency-wide review of this incident, as it does following all deaths in custody.

Updated: 02/09/2021

MEDIA INQUIRIES —

For media inquiries about ICE activities, operations, or policies, contact the ICE Office of Public Affairs at (202) 732-4646.

CONNECT WITH #ICE —

- Facebook
- Twitter
- YouTube
- Instagram
- Flickr
- LinkedIn
- RSS

INFORMATION LIBRARY —

Detention Policies

Facility Inspections

Fact Sheets

Federal Register Notices

Forms

Freedom of Information Act

Legal Notices

Metrics

Speeches & Testimonies

Statements

Statistics

PARTNERS —

DHS

USCIS

TSA

FEMA

USSS

CISA

CBP

USCG

FLETC

Accessibility

Accountability

Archive

Data

Intellectual Property Policy

No Fear Act

OIG

Privacy Policies

Site Map

Site Policies & Plugins

Web Content Inventory