# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Janet Malam,

        Petitioner-Plaintiff,

and

Qaid Alhalmi, *et al.*,

        Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

        Respondent-Defendants.

Case No. 20-10829

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

_____/

## ORDER SETTING STATUS CONFERENCE [549]

On February 25, 2021, the Court received a letter by e-mail from Plaintiffs informing the Court of the issuance on February 18, 2021 of a memo entitled *Interim Guidance: Civil Immigration Enforcement and Removal Priorities* by Acting Director for U.S. Immigration and Customs Enforcement, Tae Johnson ("Johnson Memo"). E-mail from Miriam Aukerman, Senior Staff Att'y at American Civil Liberties Union of Michigan, to Cassandra J. Thomson, Law Clerk to Judge Judith E. Levy

(Feb. 25, 2021, 18:17 EST) (on file with the Court). In this letter, Plaintiffs indicated that they had previously reached out to Defendants upon the Johnson Memo's release to inquire as to how Defendants view the impact of the memo on this litigation. (*Id.*) Plaintiffs' letter additionally summarized the new priorities for immigration enforcement decisions set out in the Johnson Memo, outlined the unresolved questions regarding implementation of the Johnson Memo at Calhoun County Correctional Facility ("CCCF") and the trajectory of this litigation, and suggested several possible paths forward for the Court's consideration. (*Id.*)

The Court has set a status conference for **March 1, 2021 at 11:30 a.m.** as an opportunity for the parties to discuss the Johnson Memo and its impact on this case.

**IT IS SO ORDERED.**

Dated: February 26, 2021       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

 The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
