UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

        Petitioner-Plaintiff,

and

Qaid Alhalmi, *et al.*,

        Plaintiff-Intervenors,

v.

Rebecca Adducci, *et al.*,

        Respondent-Defendants.

_____/

Case No. 20-10829

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## ORDER SETTING STATUS CONFERENCE [551]

On March 1, 2021, a status conference was held by video conference regarding the *Interim Guidance: Civil Immigration Enforcement and Removal Priorities* previously issued by Acting Director for U.S. Immigration and Customs Enforcement, Tae Johnson ("Johnson Memo") and its impact on this case. (ECF No. 550.)

The Court has set a follow-up status conference for **March 8, 2021 at 11:30 a.m.** at which the parties are to be prepared to discuss the following topics:

1. The estimated timeline under the State of Michigan's vaccination plan for vaccinating individuals in the habeas litigation group;

2. The expected process which Calhoun County Correctional Facility ("CCCF") will undertake to effectuate the administration of COVID-19 vaccines to all individuals in detention at CCCF;

3. Whether any individuals in detention at CCCF who were administered the first dose of a two-dose COVID-19 vaccine received the second dose, and if so, when the second dose was administered;

4. Whether CCCF has offered any incentives to staff or vendors to take the COVID-19 vaccine, as well as whether CCCF has an educational program for staff or vendors available regarding the COVID-19 vaccine;

5. Whether Defendants have any updated information regarding the possible impact of the Johnson Memo on this case;

6. Whether Plaintiffs provided Defendants the list of questions regarding CCCF's plan for vaccinations remaining after the Federal Rule of Civil Procedure 30(b)(6) deposition discussed by Plaintiffs at the March 1, 2021 status conference and, if so, whether any of those questions remain disputed;

7. Any information Defendants have regarding the extent and source of the COVID-19 outbreak reported to the Court by e-mail on March 2, 2021. E-mail from Jennifer L. Newby, Assistant U.S. Att'y, to Cassandra J. Thomson, Law Clerk to Judge Judith E. Levy (Mar. 1, 2021 10:25 EST) (on file with the Court) (indicating 12 new positive cases among inmates at CCCF).

**IT IS SO ORDERED.**

Dated: March 3, 2021         s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
       United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 3, 2021.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager