UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANET MALAM,

Petitioner-Plaintiff,

and

QAID ALHALMI *et al.*,

Plaintiff-Intervenors,                    No. 5:20-cv-10829-JEL-APP

- against -

REBECCA ADDUCCI, *et al.*,

Respondent-Defendants.

## NOTICE OF WITHDRAWAL OF MOTION
## FOR INCLUSION OF JULIA CAMPOS-ZAPATA

Plaintiffs hereby withdraw their motion for the inclusion of Ms. Julia

Campos-Zapata in the Habeas Litigation Group, Dkt. 479. On March 3, 2021,

Defendants conceded that Ms. Campos-Zapata is a member of the Habeas

Litigation Group. When reaching out to start the bail application process, however,

Plaintiffs learned that Ms. Campos-Zapata had been transferred from Calhoun

County Detention Facility ("Calhoun") to Adams County Detention Center in

Colorado. Because Ms. Campos-Zapata has been conceded to be high-risk and is

not at Calhoun, her motion for inclusion is moot.

Dated: March 4, 2021

Respectfully submitted,

/s/ Miriam J. Aukerman
Miriam J. Aukerman (P63165)
Rohit Rajan
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy Street SE, Suite 260
Grand Rapids, MI 49506
Telephone: (616) 301-0930
maukerman@aclumich.org

Daniel S. Korobkin (P72842)
Monica C. Andrade (P81921)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6824
dkorobkin@aclumich.org
mandrade@aclumich.org

David C. Fathi
Eunice H. Cho
American Civil Liberties Union
  Foundation, National Prison
  Project
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6616
dfathi@aclu.org
echo@aclu.org

Anand V. Balakrishnan
Michael K.T. Tan
Omar C. Jadwat*
ACLU Foundation Immigrants'
  Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660
abalakrishnan@aclu.org
mtan@aclu.org
ojadwat@aclu.org

My Khanh Ngo
ACLU Foundation Immigrants'
  Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
mngo@aclu.org

PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP

/s/ Jeannie S. Rhee
Jeannie S. Rhee
Mark F. Mendelsohn
Rachel M. Fiorill
Peter E. Jaffe
Darren S. Gardner
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
jrhee@paulweiss.com
mmendelsohn@paulweiss.com
rfiorill@paulweiss.com
pjaffe@paulweiss.com
dgardner@paulweiss.com

Jonathan M. Silberstein-Loeb
Oleg M. Shik
Katharine W. Gadsden
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jsilberstein-loeb@paulweiss.com
oshik@paulweiss.com
kgadsden@paulweiss.com

*Attorneys for Plaintiffs*

*Application for admission forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I, Jeannie S. Rhee, certify that on March 4, 2021, I caused a true and correct copy of the foregoing document to be filed and served electronically via the ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

/s/ Jeannie S. Rhee