UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam,

        Petitioner-Plaintiff,

                              Case No. 20-10829

and

                              Judith E. Levy

Qaid Alhalmi, *et al.*,         United States District Judge

        Plaintiff-Intervenors,   Mag. Judge Anthony P. Patti

v.

Rebecca Adducci, *et al.*,

        Respondent-Defendants.

_____/

## AMENDED ORDER SETTING STATUS CONFERENCE [571]

On March 8, 2021, a status conference was held by video conference. (ECF Nos. 551, 556.) The Court has set a follow-up status conference for **March 18, 2021 at 12:30 p.m.** at which the parties should be prepared to discuss the impact of Defendants' plan to work with the Calhoun County Health Department ("CCHD") to vaccinate all inmates and detainees at Calhoun County Correctional Facility ("CCCF") on this case. E-mail from Jennifer L. Newby, Assistant U.S. Att'y, to Cassandra J.

Thomson, Law Clerk to Judge Judith E. Levy (Mar. 10, 2021 10:34 EST) (on file with the Court) (informing the Court of a new plan to educate inmates and detainees at CCCF regarding the COVID-19 vaccine and to vaccinate all inmates and detainees in combination with CCHD in the near future).

This order replaces the Court's earlier order regarding the March 18, 2021 status conference. (ECF No. 571.) The parties are no longer required to prepare to discuss the topics outlined in that order.

Defendants may file supplemental briefing addressing this topic by **March 15, 2021**. Plaintiffs may file supplemental briefing in response by **March 17, 2021**.

**IT IS SO ORDERED.**

Dated: March 11, 2021　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 11, 2021.

                                            s/William Barkholz
                                            WILLIAM BARKHOLZ
                                            Case Manager