# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANET MALAM, <br><br> Petitioner-Plaintiff, <br><br> and <br><br> QAID ALHALMI *et al.*, <br><br> Plaintiff-Intervenors, <br><br> - against - <br><br> REBECCA ADDUCCI, *et al.*, <br><br> Respondent-Defendants. | No. 5:20-cv-10829-JEL-APP |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY JONATHAN SILBERSTEIN-LOEB

Pursuant to Local Rule 83.25(b)(2), Jonathan Silberstein-Loeb, counsel for Plaintiff-Intervenors and Class Members, respectfully requests that the Court enter an Order allowing Mr. Silberstein-Loeb to withdraw as counsel for Plaintiff-Intervenors and as Class Counsel in the above captioned matter. As of April 9, 2021, Mr. Silberstein-Loeb will no longer be affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. No substitution of counsel is necessary nor will there be any delay in the progress of the matter as other counsel of record from Paul, Weiss and the ACLU will continue appear on behalf of Plaintiff-Intervenors and as Class Counsel.

Dated: April 9, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP

/s/ *Jonathan Silberstein-Loeb*
    Jonathan Silberstein-Loeb
    1285 Avenue of the Americas
    New York, N.Y. 10019
    Telephone: (212) 373-3700
    Fax: (212) 757-3990
    jsilberstein-loeb@paulweiss.com

**CERTIFICATE OF SERVICE**

    I, Jonathan Silberstein-Loeb, certify that on April 9, 2021 I caused a true and correct copy of the foregoing to be filed and served electronically via the Court's ECF system. Notice of this filing will be sent by e-mail to all partiers by operation of the Court's electronic filing system.

                                              */s/ Jonathan Silberstein-Loeb*
                                                 Jonathan Silberstein-Loeb