UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam, et al.

    Petitioner-Plaintiff,

v.

Rebecca Adducci, at al.,

    Respondent-Defendant.

Civil No. 20-10829

Honorable Judith E. Levy
Mag. Judge Anthony P. Patti

_____/

## NOTICE OF APPEAL

Notice is given that Defendants appeal to the United States Court of Appeals for the Sixth Circuit from: (1) the order entered on March 3, 2021, granting bail (ECF No. 557); and (2) the order entered on March 4, 2021, granting bail (ECF No. 561).

Dated: May 3, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice

YAMILETH G. DAVILA
Assistant Director
Office of Immigration Litigation

MICHAEL A. CELONE
Senior Litigation Counsel
Office of Immigration Litigation

*/s/Kevin Hirst*
KEVIN HIRST
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8536
Email: kevin.c.hirst@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, the foregoing paper was filed with the Clerk of the Court using the ECF System, which will give notice to all counsel of record.

*/s/ Kevin Hirst*
KEVIN HIRST