UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANET MALAM,

          Petitioner-Plaintiff,

and

QAID ALHALMI *et al.*,

          Plaintiff-Intervenors,

- against -

REBECCA ADDUCCI, *et al.*,

          Respondent-Defendants.

No. 20-cv-10829

Hon. Judith E. Levy

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL BY MONICA ANDRADE

Pursuant to Local Rule 83.25(b)(2), Monica Cesilia Andrade, counsel for Plaintiff-Intervenors and Class Members, respectfully requests that the Court enter an order allowing Ms. Andrade to withdraw as counsel for Plaintiff-Intervenors and as Class Counsel in the above-captioned matter. As of July 1, 2023, Ms. Andrade will no longer be an employee of the American Civil Liberties Union Fund of Michigan. No substitution of counsel is necessary, nor will there be any delay in the progress of the matter as other counsel of record will continue to appear on behalf of Plaintiff-Intervenors and as Class Counsel.

Respectfully submitted,

/s/ Monica Cesilia Andrade
Monica Andrade (P81921)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6807
mandrade@aclumich.org

Dated: June 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Monica Andrade
Monica Andrade