UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam, et al.,

      Petitioner-Plaintiff,            Civil No. 20-10829

v.                                Honorable Judith E. Levy
                                Mag. Judge Anthony P. Patti

Rebecca Adducci, et al.,

      Respondents-Defendants.

_____/

## STIPULATED ORDER REGARDING DETENTION

Pursuant to the stipulation of the parties, in accordance with the Court's Order

Regarding Conditions of Release (ECF No. 179), Defendants may detain bailee Noe

Chaparro-Alcantara for the purpose of removal until Wednesday, February 14, 2024.

SO ORDERED.

Date: February 8, 2024                s/Judith E. Levy
                                 JUDITH E. LEVY
                                 United States District Judge

So stipulated and agreed:

| | By:  /s/ Jennifer L. Newby |
|---|---|
| | Jennifer L. Newby (P68891) Assistant United States Attorney Attorneys for Defendants 211 W. Fort Street, Suite 2001 Detroit, Michigan 48226 (313) 226-0295 |

| | Jennifer.Newby@usdoj.gov |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Jeannie S. Rhee<br>Mark F. Mendelsohn<br>Rachel M. Fiorill<br>Peter E. Jaffe<br>Attorneys for Plaintiffs<br>2001 K Street NW<br>Washington, D.C. 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br>jrhee@paulweiss.com<br>mmendelsohn@paulweiss.com<br>rfiorill@paulweiss.com<br>pjaffe@paulweiss.com | By: /s/ My Khanh Ngo<br><br>Miriam J. Aukerman (P63165)<br>American Civil Liberties Union Fund of Michigan<br>Attorneys for Plaintiffs<br>1514 Wealthy Street SE, Suite 260<br>Grand Rapids, MI 49506<br>Telephone: (616) 301-0930<br>maukerman@aclumich.org<br><br>My Khanh Ngo (317817)<br>ACLU Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, California 94104<br>(415) 343-0764<br>mngo@aclu.org |