UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam, et al.,

    Petitioner-Plaintiff,	Civil No. 20-10829

v.	Honorable Judith E. Levy
    Mag. Judge Anthony P. Patti

Rebecca Adducci, et al.,

    Respondents-Defendants.

_____/

## STIPULATED ORDER REGARDING DETENTION

Pursuant to the stipulation of the parties, in accordance with the Court's Order Regarding Conditions of Release (ECF No. 179), Defendants may detain bailee Yohandry Ley Santana for the purpose of removal through Thursday, April 25, 2024.

    SO ORDERED.

Date: April 22, 2024	s/Judith E. Levy
    JUDITH E. LEVY
    United States District Judge

1

So stipulated and agreed:

|  | By: /s/ Jennifer L. Newby<br><br>Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorneys for Defendants<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |
|---|---|
| PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>Jeannie S. Rhee<br>Mark F. Mendelsohn<br>Attorneys for Plaintiffs<br>2001 K Street NW<br>Washington, D.C. 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile: (202) 223-7420<br>jrhee@paulweiss.com<br>mmendelsohn@paulweiss.com | By: /s/ My Khanh Ngo<br><br>Miriam J. Aukerman (P63165)<br>American Civil Liberties Union<br>Fund of Michigan<br>Attorneys for Plaintiffs<br>1514 Wealthy Street SE, Suite 260<br>Grand Rapids, MI 49506<br>Telephone: (616) 301-0930<br>maukerman@aclumich.org<br><br>My Khanh Ngo (317817)<br>ACLU Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, California 94104<br>(415) 343-0764<br>mngo@aclu.org |