UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Janet Malam, et al.,

                Plaintiffs,      Case No. 20-10829

v.                                  Judith E. Levy
                                       United States District Judge

Rebecca Adducci, et al.,

                                   Mag. Judge Anthony P. Patti

                Defendants.

_____/

## ORDER REGARDING SUPPLEMENTAL BRIEFING

On October 4, 2024, Plaintiffs filed a Motion for Leave to File Third Amended and Supplemental Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, to Add Additional Named Plaintiffs, and to Appoint Additional Class Representatives. (ECF No. 627.) On October 25, 2024, Defendants filed a Response. (ECF No. 629.) On November 8, 2024, Plaintiffs filed a Reply. (ECF No. 630.) The Court held a remote hearing on the Motion on January 23, 2025, at 10:00 AM.

After reviewing the briefs and hearing oral argument, the Court requests the following supplemental briefing:

1. Plaintiffs and Defendants shall endeavor to file a joint stipulation identifying the current COVID-19 vaccine and antiviral medication distribution practices and plans for future COVID-19 vaccine and antiviral medication distribution at Calhoun County Correctional Center ("Calhoun") by February 14, 2025.

2. If Plaintiffs and Defendants are unable to reach agreement on a joint stipulation, then Defendants must file a Declaration identifying current COVID-19 vaccine and antiviral medication distribution practices and plans for future COVID-19 vaccine and antiviral medication distribution at Calhoun by February 14, 2025. Plaintiffs shall be permitted to submit a Response to the Declaration, which may include a limited discovery request and a hearing request, by February 28, 2025. The parties must meet and confer regarding additional limited jurisdictional discovery, if any is needed, prior to February 28, 2025.

3. Plaintiffs must file a supplemental brief not to exceed ten (10) pages regarding Count IV on or before February 21, 2025. Defendants

may file a Response within the same page limitations on or before March 21, 2025. If Plaintiffs wish to file a Reply, they must seek leave of the Court before doing so.

IT IS SO ORDERED.

Dated: January 23, 2025            s/Judith E. Levy
     Ann Arbor, Michigan         JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 23, 2025.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager