UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANET MALAM, <br><br> Petitioner-Plaintiff, <br><br> and <br><br> QAID ALHALMI, et al., <br><br> Plaintiff-Intervenors, <br><br> - against - <br><br> ROBERT LYNCH, et al., <br><br> Respondent-Defendants. | No. 5:20-cv-10829-JEL-APP <br><br> Hon. Judith E. Levy <br><br> Mag. J. Anthony P. Patti |

**PETITIONER-PLAINTIFFS' MOTION FOR LEAVE TO FILE A 4-PAGE REPLY TO RESPONDENT-DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING COUNT IV**

Plaintiffs-Petitioners ("Plaintiffs"), through their attorneys, move this Court for leave to file a 4-page reply to Respondent-Defendants' ("Defendants") Supplemental Brief Regarding Count IV (ECF No. 638). In support of this Motion, Plaintiffs submit the accompanying brief, and their proposed reply, attached hereto as Exhibit A (the "Proposed Reply").

In accordance with Local Rule 7.1(a), Plaintiffs' counsel contacted counsel for Defendants to seek their consent to this Motion. Counsel for Defendants indicated that they do not concur with Plaintiffs' Motion.

WHEREFORE, Plaintiffs respectfully request that the Court permit Plaintiffs to file the Proposed Reply.

Dated:  March 25, 2025

Respectfully submitted,

/s/ *Miriam J. Aukerman*
Miriam J. Aukerman (P63165)
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy Street SE, Suite 260
Grand Rapids, MI 49506
Telephone: (616) 301-0930
maukerman@aclumich.org

Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6824
dkorobkin@aclumich.org
rwadood@aclumich.org

David C. Fathi
Eunice H. Cho
ACLU National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616
dfathi@aclu.org
echo@aclu.org

Anand V. Balakrishnan
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660
abalakrishnan@aclu.org

My Khanh Ngo
ACLU Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 343-0764
mngo@aclu.org

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

/s/ *Mark F. Mendelsohn*

Mark F. Mendelsohn
Tanaz Moghadam
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mmendelsohn@paulweiss.com
tmoghadam@paulweiss.com

Johan E. Tatoy
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jtatoy@paulweiss.com

*Attorneys for Petitioner-Plaintiffs*

Dated: March 25, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANET MALAM,<br><br>    Petitioner-Plaintiff,<br><br>and<br><br>QAID ALHALMI, et al.,<br><br>    Plaintiff-Intervenors,<br><br>- against -<br><br>ROBERT LYNCH, et al.,<br><br>    Respondent-Defendants. | No. 5:20-cv-10829-JEL-APP<br><br>Hon. Judith E. Levy<br><br>Mag. J. Anthony P. Patti |

**BRIEF IN SUPPORT OF PETITIONER-PLAINTIFFS' MOTION FOR LEAVE TO FILE A 4-PAGE REPLY TO RESPONDENT-DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING COUNT IV**

Petitioner-Plaintiffs ("Plaintiffs") should be given the opportunity to respond to entirely new arguments raised by Respondent-Defendants ("Defendants") for the first time in their Supplemental Brief Regarding Count IV. Courts routinely grant leave to respond when new arguments and new cases are raised by an opposing party. *See, e.g.*, *Nationwide Gen. Ins. Co. v. Gree USA, Inc.*, No. 18-12607, 2018 WL 10893049, at *1 (E.D. Mich. Nov. 7, 2018) (granting plaintiff's motion to file a sur-reply where defendants "raised new arguments for the first time in their reply brief"); *Reedy v. Rich Transp., LLC*, No. 15-11401, 2016 WL 1583812, at *1 (E.D. Mich. Apr. 20, 2016).

Leave for Plaintiffs to file a response is justified here. In their supplemental brief, Defendants argue for the first time that (i) even absent a flight risk or danger, the government's interest in effecting removal, is sufficient to justify detention; (ii) this Court's findings that the bailees were not a flight risk or danger are immaterial to Count IV, citing *Carlson v. Landon*, 342 U.S. 524 (1952) among other cases for the first time; and (iii) the length of time that the bailees have successfully been released has no bearing on whether redetention is appropriate.

None of these arguments were included in Defendants' opposition to Plaintiffs' motion for leave to amend. ECF No. 629. Because Defendants did not raise these arguments until filing their supplemental brief, Plaintiffs have not yet had

the opportunity to respond to them. Plaintiffs' proposed reply, attached hereto as Exhibit A, briefly explains why Defendants' new arguments are incorrect.

For the foregoing reasons, and to allow the Court to fully consider the issues before it, Plaintiffs respectfully request that the Court grant this Motion and permit Plaintiffs to respond to the new arguments and cases raised by Defendants for the first time in their Supplemental Brief Regarding Count IV.

Dated: March 25, 2025

Respectfully submitted,

/s/ *Miriam J. Aukerman*
Miriam J. Aukerman (P63165)
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy Street SE, Suite 260
Grand Rapids, MI 49506
Telephone: (616) 301-0930
maukerman@aclumich.org

Daniel S. Korobkin (P72842)
Ramis J. Wadood (P85791)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6824
dkorobkin@aclumich.org
rwadood@aclumich.org

David C. Fathi
Eunice H. Cho
ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
Telephone: (202) 548-6616
dfathi@aclu.org
echo@aclu.org

Anand V. Balakrishnan
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 549-2660
abalakrishnan@aclu.org

My Khanh Ngo
ACLU Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 343-0770
mngo@aclu.org

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

/s/ *Mark F. Mendelsohn*

Mark F. Mendelsohn
Tanaz Moghadam
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mmendelsohn@paulweiss.com
tmoghadam@paulweiss.com

Johan E. Tatoy
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
jtatoy@paulweiss.com

*Attorneys for Petitioner-Plaintiffs*

3